

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2014

No. 04-14-00139-CR

Billy Edward **GONZALEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 12-CR-609
Honorable Jose Luis Garza, Judge Presiding

### O R D E R

The reporter's record was due December 30, 2014.  This court was unaware a notice of appeal had been filed until approximately two months after the record was due.  Once we became aware of the appeal, we sent the reporter a Rule 37.3 letter, advising the reporter to file a notification of late record or file the record within thirty days of the date of the letter.  On March 11, 2014, the court reporter filed a notification of late record stating that he was unaware of the appeal until our Rule 37.3 letter and his other duties have prevented him from filing the record.  He asks for an extension of time to complete the record to April 30, 2014.  We **GRANT** the reporter's extension and **ORDER** the court reporter, Julian G. Alderette, to file the reporter's record in this court **on or before April 30, 2014.  We advise the reporter that this extension give the reporter 121 days from the original due date.  Accordingly, no further extension of time to file the reporter's record will be granted absent written proof of extraordinary circumstances.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court